UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                            :

SHIVAN BASSAW,                        :
                                            :

                    Plaintiff,    :              
                                            :           23-CV-6843 (VSB)

          -against-          :
                                            :        **ORDER AND NOTICE OF**

FOAM CROWN MOLDING, LLC,    :        **INITIAL CONFERENCE**
                                            :

                    Defendant.   :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

     This case has been assigned to me for all purposes.  It is hereby:

     ORDERED that the Court will not be holding an initial pretrial conference.

     IT IS FURTHER ORDERED that, by September 21, 2023, the parties submit a joint

letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

1.     A brief description of the nature of the action and the principal defenses thereto;

2.     A brief explanation of why jurisdiction and venue lie in this Court.  If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business.  If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3.     A brief description of all contemplated and/or outstanding motions;

4.     A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5.     A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6.     The estimated length of trial; and

7.      Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order.  A template for the order is available at http://nysd.uscourts.gov/judge/Broderick.  The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated:     September 7, 2023
           New York, New York

_____
Vernon S. Broderick
United States District Judge