```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
SHIVAN BASSAW,                                             :
                                                           :
                              Plaintiff,                   :
                                                           :         23-CV-6843 (VSB)
               -against-                                   :
                                                           :              ORDER
ALLEN AND WILLIAM, LLC,                                    :
                                                           :
                              Defendant.                   :
                                                           :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed the amended complaint naming Allen and William, LLC ("Defendant") as the defendant in this action on September 19, 2023, (Doc. 9), and filed an affidavit of service on October 17, 2023, (Doc. 15). The deadline for Defendant to respond to Plaintiff's complaint was October 23, 2023. (*See id.*) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 8, 2023. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 25, 2023
             New York, New York

                                                                                                                VERNON S. BRODERICK
                                                                                              United States District Judge